APPEAL No. 76-136. RUDOLPH F. FRYZEL *et al. v.* DOMESTIC CREDIT CORPORATION. Motion of plaintiff to affirm the judgment below pursuant to Rule 16(g) denied. Paolino, J. did not participate. *Quinn, Cuzzone & Geremia, John F. Cuzzone,* for plaintiffs. *Samuel A. Olevson,* for defendant.

APPEAL No. 76-258. DOW BADISCHE COMPANY *v.* ALLAN WASSERMAN. Motion of defendant to stay the filing of briefs is denied as being moot. Motion of defendant to remand this case granted. Paolino, J. did not participate. *Gary Yesser,* for plaintiff. *Levy, Goodman, Semonoff & Gorin, Richard J. Israel,* for defendant.

APPEAL No. 76-337. STATE *v.* JACOB TARZIAN. Motion of defendant to dismiss the appeal denied without prejudice to raising the issue involved in briefs and oral arguments. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff. *Salvatore Romano, Jr., Harvey Brower,* Lawrence Mass., for defendant.

October 9, 1976.

C. A. No. 76-274. STATE *v.* CHARLES FENNER. Motion of defendant to consolidate this case with the cases of *State* v. *DeLomba,* No. 76-22-C.A. and *State* v. *Gomes,* No. 76-25-C.A. granted. Paolino, J. did not participate. *Julius C. Michaelson,* Attorney General, *John R. McDermott,* Special Asst. Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.